**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM B. MCGUIRE, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, <br><br> Defendant. | Civil Action No.: 13-7356 (JLL) <br><br> **ORDER** |

**LINARES**, District Judge.

This matter comes before the Court by way of a motion to dismiss [CM/ECF No. 6] the Complaint [CM/ECF No. 1] pursuant to Federal Rule of Civil Procedure 12(b)(6) by BMW of North America, LLC ("Defendant"). For the reasons stated in this Court's corresponding Opinion filed on June 6, 2014,

**IT IS** on this **6th day of June, 2014**,

**ORDERED** that Defendant's motion to dismiss Count Six for unjust enrichment on behalf of himself and the class is **granted** *without prejudice*; and it is

**ORDERED** that Defendant's motion to dismiss Plaintiff's multi-state class allegations is **granted** *without prejudice*; and it is

**ORDERED** that Plaintiff may amend to extent he is able to cure the pleading deficiencies on or before **July 31st, 2014**; and it is

**ORDERED** that the remainder of Defendant's motion to dismiss is **denied**.

**IT IS SO ORDERED.**

 s/Jose L. Linares_____
Jose L. Linares
United States District Judge
